

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| COMMISSIONER OF THE GENERAL LAND OFFICE OF THE STATE OF TEXAS, WESLEY WEST MINERALS, LTD., and LONGFELLOW RANCH PARTNERS, L.P., | § § § § | No. 08-13-00145-CV  Appeal from the |
| Appellants, | § | 83rd Judicial District Court |
| v. | § | of Pecos County, Texas |
| SANDRIDGE ENERGY, INC. and SANDRIDGE EXPLORATION AND PRODUCTION, L.L.C., | § § | (TC# 6955) |
| Appellees. | § | |

## J U D G M E N T

The Court has considered this cause on the record and concludes there was error in the judgment. We therefore reverse the portion of the judgment regarding the South Pinon Fee Lease in its entirety and render judgment in favor of Wesley West Minerals, Ltd. We further reverse the trial court's determination that all of the assessed firm transportation charges by Sandridge Energy, Inc. and Sandridge Exploration and Production, L.L.C. are deductible from royalties under the Longfellow Green and Purple Leases and remand for further proceedings regarding the determination of firm transportation charges, in accordance with this Court's opinion. We also reverse the trial court's determination that post-production fees are deductible from royalties under the 2005 Longfellow Lease. In all other respects, the trial court's judgment is affirmed.

It is further ordered that Appellants, and their sureties, if any, *see* TEX.R.APP.P. 43.5, and Appellees each pay one-half (1/2) the costs of this appeal. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 19TH DAY OF NOVEMBER, 2014.

YVONNE T. RODRIGUEZ, Justice

Before Rodriguez, J., Barajas, C.J. (Senior Judge), and Chew, C.J. (Senior Judge)
Barajas, C.J. and Chew, C.J. (Senior Judges, sitting by assignment)